IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ABRAHAM GRANT SR.                                                                                     PLAINTIFF
ADC #128147

V.                                      NO: 5:12CV00244 KGB

RAY HOBBS                                                                                             DEFENDANT

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 15 day of August, 2012.

Kristine G. Baker
United States District Judge